UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB 28 P 2: 12

FELIX ESPOSITO )
and ACCESS WITH SUCCESS, INC., )
    Plaintiffs )
)
v. )
)
PRIME HOSPITALITY CORP. )
    Defendant )
)

CIVIL ACTION NOS 05-

05-10384 DPW

## CORPORATE DISCLOSURE STATEMENT OF ACCESS WITH SUCCESS, INC. PURSUANT TO LOCAL RULE 7.3

[This form to be completed and filed only by non-governmental corporate parties. Check appropriate box.]

_____   The filing party, a non-governmental corporation, identifies the following parent companies (list name and addresses of each publicly held corporation that controls the filling party, directly or through others, or owns 10% or more of the party's stock);

**Not Applicable**

_____   The filing party identifies the following publicly held corporations with which a merger agreement with the party exists;

**Not Applicable**

___X___   The filing party has no parent companies or merger agreements with publicly held corporations.

Respectfully submitted,
The Plaintiffs,

ACCESS WITH SUCCESS, INC. and
FELIX ESPOSITO,

By their Attorneys,

*/s/ Nicholas S. Guerrera*
Nicholas S. Guerrera, BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800

*/s/ Ann Marie Pattavina* (NSG)
Ann Marie Pattavina, BBO#565910
Law Office of Ann Marie Pattavina
Two Dundee Park – 3rd Floor
Andover, MA 01810
(978) 247-7188

*/s/ Michael J. Bellanti* (NSG)
Michael J. Bellanti, BBO#645405
Law Office of Michael J. Bellanti
Two Dundee Park – 3rd Floor
Andover, MA 01810
(978) 247-7188

Dated: 2/23/05

2