AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────────────── **DISTRICT OF** ───────────────

2005 MAR 22 P 2: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

Felix Esposito, et al.

**SUMMONS IN A CIVIL CASE**

### V.

CASE NUMBER:

Prime Hospitality Corp.

# 05-10384 DPW

TO: (Name and address of defendant)

Prime Hospitality Corp.
c/o Prentice-Hall Corp. Systems, Inc. (Registered Agent)
84 State Street
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA  01845

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

2-28-05

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date            Signature of Server

_____
Address of Server

---

★ **Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-9999

Suffolk, ss.

March 24, 2005

I hereby certify and return that on 3/11/2005 at 3:35PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit: by delivering in hand to E.Montanez, agent and person in charge at the time of service for Firme Hospitality Corp., at , 84 State Street, Boston, MA 02109. U.S. District Court Fee Premise-Mail Corporation Systems, Inc ($30.00), Travel ($1.00), Postage and Handling ($1.00), Basic Service Fee (IH) ($30.00), Travel ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

*[signature]*

Deputy Sheriff John Cotter

Deputy Sheriff