## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FELIX ESPOSITO
          Plaintiff

V.

PRIME HOSPITALITY CORP
          Defendant

CIVIL ACTION

NO. 05-10384-DPW

### **NOTICE**

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action will be dismissed without further notice after thirty (30) days from the date of this Notice subject only to compliance with the provisions of subdivision (a)(3) of this Rule.

                                                SARAH A. THORNTON,
                                                CLERK OF COURT

September 25, 2006                     By:   /s/ Michelle Rynne
    Date                                     Deputy Clerk

(ESPOSITO ntc lr41 - lop.wpd - 3/7/2005)