UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FELIX ESPOSITO
        Plaintiff

V.

PRIME HOSPITALITY CORP
        Defendant

CIVIL ACTION

NO. 05-10384-DPW

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's notice pursuant to Rule 41.1 of the Local Rules of this Court issued September 25, 2006, and Plaintiff's failure to comply with such notice, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED for want of prosecution pursuant to Local Rule 41.1.

                              BY THE COURT,

                              /s/ Michelle Rynne
                              Deputy Clerk

DATED: October 25, 2006